UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL NO. 3:03CR157-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | **ORDER STRIKING** |
| ) | **ARREST WARRANT** |
| TERESA CRUZ PEREZ FUENTES ) | |
| Defendant. ) | |
| _____ ) | |

Upon the government's Motion to Strike Arrest Warrant, filed July 19, 2012 (Doc. 6), and for the good cause shown, the Court hereby STRIKES the arrest warrant in this matter.

**SO ORDERED**.

Signed: July 19, 2012

Richard L. Voorhees
United States District Judge